# FINANCIAL AFFIDAVIT

CJA 23
Rev. 5/98

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE FOR: Diego Ortiz Mass
UNITED STATES V.S. AT: Boston

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): DIEGO A. ORTIZ

- [X] 1 Defendant—Adult
- [ ] 2 Defendant - Juvenile
- [ ] 3 Appellant
- [ ] 4 Probation Violator
- [ ] 5 Parole Violator
- [ ] 6 Habeas Petitioner
- [ ] 7 2255 Petitioner
- [ ] 8 Material Witness
- [ ] 9 Other

DOCKET NUMBERS
Magistrate: 04-1651 CBS
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) [X] Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes [X] No ☐ Am Self-Employed
- Name and address of employer: unemployed
- IF YES, how much do you earn per month? $ 280 or every 2 weeks
- IF NO, give month and year of last employment: last employed 12/26/04
- How much did you earn per month? $ 450 - 550/wk
- If married is your Spouse employed? [X] Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ 1,200.00
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? [X] Yes ☐ No IF YES, state total amount $ 300.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $ 5,000.00 — DESCRIPTION: 2001 Mercury Sable, over 90,000

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE [X] MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: Tracy Ortiz 18 months

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| APARTMENT OR HOME: | Credit Cards - Kay Jewelry | $ 900 | $ 45.00 |
| | Auto | $ 10,000 | $ fifteen |
| | Oriental Credit | $ 500 | $ 200-c |
| | Car Insurance | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 02/17/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Diego A. Ortiz

10N

319