# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                       )<br>)<br>ALEX PEREZ, VICTOR SOSA, )<br>and DIEGO ORTIZ,          )<br>      Defendants,         )  | CRIMINAL ACTION<br>NO. 04-10068-RWZ |

### ORDER OF EXCLUDABLE TIME
### June 8, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), the period from June 7, 2004 (date of expiration of last prior order of excludable time) through July 19, 2004 (date by which discovery concerning tape recordings should be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE