# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 04-10068-RWZ** |
| ALEX PEREZ, VICTOR SOSA, ) | |
| and DIEGO ORTIZ, ) | |
| Defendants, ) | |

### ORDER OF EXCLUDABLE TIME
### July 19, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), the period from July 19, 2004 (date of expiration of last prior order of excludable time) through September 15, 2004 (date by which defense counsel will have completed review of discovery with their respective clients) shall be excluded from the Speedy Trial Act.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE