UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                              )<br>)<br>ALEX PEREZ, VICTOR SOSA, )<br>and DIEGO ORTIZ,          )<br>       Defendants,         )<br>) | CRIMINAL ACTION<br>NO. 04-10068-RWZ |

ORDER OF EXCLUDABLE TIME
September 20, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), the period from September 15, 2004 (date of expiration of last prior order of excludable time) through November 4, 2004 (date by which Defendants will have completed their review of discovery produced by the Government) shall be excluded from the Speedy Trial Act.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE