UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br>)<br>ALEX PEREZ, VICTOR SOSA, )<br>and DIEGO ORTIZ, )<br>        Defendants, ) | CRIMINAL ACTION<br>NO. 04-10068-RWZ |

FINAL STATUS REPORT
November 5, 2004

**SWARTWOOD, M.J.**

The following is a Final Status Report to Zobel, J. to whom this case is assigned:

1. Trial

I have been requested by counsel for the parties to return this case to Judge Zobel for a trial.

2. Discovery

Completed.

3. Substantive Motions

None contemplated.

4. Estimated Length of Trial

Five days.

5. Defenses

None of the Defendants intend to present a public authority, insanity or alibi defense.

6. Interpreter

Required for one or more of the Defendants.

7. <u>Excludable Time</u>

I have previously excluded from the Speedy Trial Act, the entire period from date of arraignment through November 4, 2004. Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried or on before <u>Thursday, January 13, 2005</u>.

<pre>
                                    /s/Charles B. Swartwood, III
                                    CHARLES B. SWARTWOOD, III
                                    MAGISTRATE JUDGE
</pre>