UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                    Crim. No. 04-10068 RWZ

DIEGO ORTIZ

**DEFENDANT'S REQUEST FOR VOIR DIRE
OF THE PROSPECTIVE JURORS**

Now comes the defendant in the above-captioned matter, DIEGO ORTIZ, and moves this Honorable Court, pursuant to Fed. R. Crim. P. 24(a), to examine the prospective jurors by inquiry in its usual manner.  In addition, the defendant requests that the prospective jurors be questioned as follows:

I.    **Attitudes About Victim / Nature of Crime / Defendant**

1.    Do any of you believe that Spanish persons or persons of Spanish descent, simply because they are Spanish, are more likely to commit crimes or more likely to be involved in drug offenses than persons who are not of Spanish descent?

2.    Do any of you believe that Spanish persons, simply because they are Spanish, are more likely to commit crimes or more likely to be involved in drug offenses than persons who are not of Spanish descent?

3.    Do any of you have feelings one way or another about persons of Spanish ancestry that would make it at all difficult for you to act as a fair and impartial juror in this case?

1

**II.**     **Presumption of Innocence**

      1.      Does the fact that Diego Ortiz is charged with a serious crime make you think he must have done something wrong?

      2.      Do you believe that Diego Ortiz could be innocent even though he is charged with serious crimes?

Respectfully submitted,
Diego Ortiz
By his attorney,

Dated: January 13, 2005

/s/ MELVIN NORRIS

Melvin Norris
260 Boston Post Road, Suite 9
Wayland, MA 01778
(508) 358-3305
BBO# 373900

2