UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|  | ) |
| v. | ) CRIMINAL NO. 04-CR-10068-RWZ |
|  | ) |
| **DIEGO ORTIZ** | ) |

### GOVERNMENT'S WITNESS LIST

The government anticipates that the following individuals may be called as witnesses or mentioned at trial:

1. Christopher Borum
   Officer
   Chelsea, Massachusetts, Police Department

2. Harry Brady
   Group Supervisor
   Drug Enforcement Administration

3. James Brooks
   Lieutenant
   Massachusetts State Police

4. Jaimie Collazo
   Trooper
   Massachusetts State Police

5. Richard Connors
   Officer
   Everett, Massachusetts, Police Department

6. Steve Edwards
   Officer
   Cambridge, Massachusetts, Police Department

7. Joseph Gallarelli
   Officer
   Boston, Massachusetts, Police Department

8. Mike Grassia
   Sergeant
   Massachusetts State Police

9. Robert Hall
   Officer
   Everett, Massachusetts, Police Department

10. Jack Henley
    Sergeant
    Massachusetts State Police

11. Scott Holland
    Trooper
    Massachusetts State Police

12. Kenneth Kelley
    Officer
    Everett, Massachusetts, Police Department

13. Edward Mastrocola
    Special Agent
    Drug Enforcement Administration

14. Kevin McDonough
    Trooper
    Massachusetts State Police

15. Demitry O'Malley
    Sergeant
    Everett, Massachusetts, Police Department

16. James Picardi
    Officer
    Revere, Massachusetts, Police Department

17. Steve Racki
    Trooper
    Massachusetts State Police

18. Antone Salfity
    Special Agent
    Drug Enforcement Administration

19.   David M. Thornell
      Forensic Chemist
      DEA Drug Enforcement Laboratory
      99 Tenth Avenue, Suite 721
      New York, New York 10011

20.   Mary Wakeham
      Trooper
      Massachusetts State Police

   The government reserves the right to supplement or modify the list with reasonable notice to the defendant.

                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ David G. Tobin
                              DAVID G. TOBIN
                              Assistant U.S. Attorney

Dated: January 13, 2005