

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

January 13, 2004

Mel Norris, Esquire
260 Boston Post Road - Suite 9
Wayland, MA 01778

### Re: United States v. Diego Ortiz, 04-CR-10068-RWZ

Dear Mr. Norris:

The government hereby provides you with the following discovery pursuant to Local Rule 116.2(B)(2)(a through g):

### DISCLOSURES REQUIRED UNDER LOCAL RULE 116.2(B)(2)

The government has already provided you with all the discovery presently in its possession required by this Rule or made this material available for your inspection and review.

### TRANSCRIPTS

The government does not possess transcripts of the of recorded telephone conversations and other conversations previously provided o the defense.  If the government procures or creates such transcripts it intends to use atrial, the government will provide copies to the defense.

### JENKS ACT MATERIALS

Enclosed please find the grand jury testimony Officer Christopher J. Borum.

### WITNESS AND EXHIBIT LISTS

Enclosed is the Government's Witness List.  The government will provide an exhibit list not later that seven days before trial.

**ADDITIONAL EXPERT DISCOVERY**

The government previously provided the DEA 7 pertaining to the cocaine in this case. The government will request the CV and notes of the chemist who tested the cocaine in this case. These materials will be provided to the defense upon receipt by the government.

**DEFENDANT'S DISCOVERY**

The government has received no discovery from the defendant to date. Please produce any reciprocal discovery forthwith.

**STIPULATIONS**

The government is willing to stipulate that the white substance recovered from the trunk of the defendant's car on February 13, 2004, was cocaine hydrochloride with a net weight of 5,020 grams. The government is also willing to enter into a stipulation regarding other drugs found on the defendant or in his car.

Again, please advise me if you believe that there are any outstanding discovery issues. Also, please feel free to contact me with any other matters at (617) 748-3392.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By:    _/s/ David G. Tobin_
DAVID G. TOBIN
SUSAN POSWISTILO
Assistant U.S. Attorneys

2