UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                Crim. No. 04-10068 RWZ

DIEGO ORTIZ

**DEFENDANT'S MOTION TO SEQUESTER WITNESSES**

Now comes the defendant, Diego Ortiz, by court appointed counsel, and moves this Honorable Court to order that the witnesses be sequestered in this matter.

Respectfully submitted,

Date:   January 27, 2005                          /s/ MELVIN NORRIS

Melvin Norris, Esq.   (MA BBO# 373900)
260 Boston Post Road
Wayland, MA 01778
(508) 358-3305