IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04-10068-RWZ |
| v. ) | |
| ) | |
| DIEGO ORTIZ ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S TRIAL EXHIBIT LIST**

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and David G. Tobin and Susan M. Poswistilo, Assistant U.S. Attorneys, hereby submits its Exhibit List for the above-captioned case. The United States reserves the right to modify this list by adding or deleting exhibits.

1. Aerial Photographs of Stop and Shop and vicinity;
2. Registry of Motor Vehicles registration records;
3. DEA Exhibit N-19N, nylon Gym Bag;
4. DEA Exhibit N-8, 5 Kilograms of Cocaine;
5. DEA Exhibit N-9, Cocaine found in Glove Compartment;
6. DEA Exhibit N-10, Marijuana found in Glove Compartment;
7. Cell Phone Records;
8. *Curriculum Vitae* of Forensic Chemist David M. Thornell;
9. DEA Exhibit N-12, KEL tape recording of February 13, 2004;
10. Composite of portions of DEA Exhibit N-12;

    11.    Transcript of DEA Exhibit N-12 composite;

    12.    DEA Exhibit N-16, Sosa's Nokia cell phone; and

    13.    DEA Exhibit N-18, Ortiz's Sprint PCS cell phone.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ David G. Tobin
DAVID G. TOBIN
SUSAN M. POSWISTILO
Assistant U.S. Attorneys

Dated:  January 31, 2005