UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                              Crim. No. 04-10068 RWZ

DIEGO ORTIZ

## DEFENDANT'S REQUEST FOR JURY INSTRUCTIONS

**1. Statements by Defendant**

You have heard evidence that Mr. Ortiz made statements in which the government claims he admitted certain facts.

It is for you to decide (1) whether Mr. Ortiz made the statement and (2) if so, how much weight to give it. In making those decisions, you should consider all of the evidence about the statement, including the circumstances under which the statement may have been made and any facts or circumstances tending to corroborate or contradict the version of events described in the statement.

**2. Missing Witness**

If it is peculiarly within the power of the government to produce a witness who could give material testimony, or if the witness would be favorably disposed to the government, failure to call that witness may justify an inference that his/her testimony would be unfavorable to the government. No such inference is justified if the witness is equally available or favorably disposed to both parties or if the testimony would merely repeat other evidence

**3. Definition of Knowingly**

The word knowingly, as that term has been used from time to time in these instructions, means that the act was done voluntarily and intentionally and not because of mistake or accident.

|  |  |
|---|---|
|  | Respectfully submitted,<br>Diego Ortiz<br>By his attorney, |
| Dated: February 2, 2005 | /s/ MELVIN NORRIS<br><br>Melvin Norris<br>260 Boston Post Road, Suite 9<br>Wayland, MA 01778<br>(508) 358-3305<br>BBO# 373900 |