# United States District Court
## DISTRICT OF MASSACHUSETTS

**EXHIBIT AND WITNESS LIST**

US v. Diego Ortiz

CASE NUMBER: 04-10068

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Zobel | Siswihlo/Tobin | Morris/Farrell |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 2/1 | Catherine Handel | L. Urso |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/1 | ✓ | ✓ | Picture |
| 2 | | 2/1 | ✓ | ✓ | Blue bag |
| 3 | | 2/1 | ✓ | ✓ | Original packaging of the 5 kilos of cocaine |
| 4 | | 2/1 | ✓ | ✓ | Registry of Motor Vehicles |
| 8 | | 2/2 | ✓ | ✓ | Whirlpak — for ID |
| 9 | | 2/2 | ✓ | ✓ | Bag of cocaine for evidence — for ID |
| 10 | | 2/2 | ✓ | ✓ | Evidence bag of cocaine — for ID |
| 13 | | 2/2 | ✓ | ✓ | DEA 7 |
| | 1 | 2/3 | ✓ | ✓ | Photo of Mr. Sosa's driveway |
| 14 | | 2/3 | ✓ | ✓ | Arango-Perez |
| 15 | | 2/3 | ✓ | ✓ | Arango-Perez's cell phone |
| 5 | | 2/3 | ✓ | ✓ | ~~Transcript of phone~~ CD |
| 6 | | 2/3 | ✓ | ✓ | ~~CD~~ - Transcript of phone conversations |
| 7 | | 2/3 | ✓ | ✓ | Sprint phone records |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages