UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                           CRIMINAL NO. 04-10068-RWZ

DIEGO ORTIZ

**VERDICT**

WE, THE JURY, FIND THE DEFENDANT, DIEGO ORTIZ:

**ON COUNT ONE OF THE INDICTMENT (Conspiracy to Distribute ):**

    __X__    GUILTY

    _____    NOT GUILTY

**ON COUNT TWO OF THE INDICTMENT (Possession With Intent to Distribute):**

    __X__    GUILTY

    _____    NOT GUILTY

If you found defendant not guilty on both Counts, please return your verdict to the court.

If you found defendant guilty on either Count One or Count Two, or both Counts, please answer the next question concerning amount.

The amount of cocaine involved in one or both offenses is __5000__ grams.

__2-3-05__
DATE

__[signature]__
FOREPERSON'S SIGNATURE