# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10068-RWZ |
| | ) |
| DIEGO ORTIZ | ) |
|     Defendant | ) |
| | ) |

### GOVERNMENT'S MOTION FOR COURT TO ACCEPT TRANSCRIPT

The United States of America, by and through Michael J. Sullivan, United States Attorney, and David G. Tobin and Susan M. Poswistilo, Assistant U.S. Attorneys, hereby moves this Honorable Court to accept the attached transcript from the defendant's trial. The transcript is from February 3, 2005 and will assist the Court in deciding the United States's Motion to Reconsider Release Order filed today.

                                    Respectfully submitted,
                                    MICHAEL J. SULLIVAN
                                    United States Attorney


                        By:  */s/ David G. Tobin*                    
                             DAVID G. TOBIN
                             SUSAN M. POSWISTILO
                             Assistant U.S. Attorneys

Dated:  February 9, 2005