

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,          )
                            )   Criminal Action
                            )   No. 04-10068-RWZ
vs.                         )
                            )
                            )
DIEGO ORTIZ,                )
                            )
        Defendant.          )
                            )

**EXCERPT FROM JURY TRIAL DAY THREE**

BEFORE THE HONORABLE RYA W. ZOBEL

UNITED STATES DISTRICT COURT
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts  02210
February 3, 2005

\* \* \* \* \* \*

CATHERINE A. HANDEL, CM
Official Court Reporter
John J. Moakley U.S. Courthouse
1 Courthouse Way, Room 2505
Boston, MA  02210
(617) 261-0555

APPEARANCES:

For the Plaintiff:

United States Attorney's Office
(by  David G. Tobin, Esq., and
Susan M. Poswistilo, Esq.)
John Joseph Moakley Federal Courthouse
1 Courthouse Way, Suite 926
Boston, Massachusetts  02210


For the Defendant:

Law Offices of Melvin Norris
(by Melvin Norris, Esq., and
Richard J. Farrell, Jr., Esq.)
260 Boston Post Road
Suite 9
Wayland, MA 01778


ALSO PRESENT:  Michael J. Pelgro, Esq.

```
                          * * * *
                EXCERPT FROM JURY TRIAL
THE FOLLOWING TAKES PLACE OUTSIDE THE PRESENCE OF THE JURY:
         THE CLERK:  Could I ask the government to remain
here, so I can bring down the exhibits, please.
         THE COURT:  We're not quite finished, anyway.  What
did you work out?
         MR. TOBIN:  We're going to -- your Honor, we
believe that we are compelled and we are going to ask you to
revoke --
         THE COURT:  There are no marshals here, so I can't
have him held.  There are no marshals.
         MR. TOBIN:  I would like to put this on the
record.  We would like his bail status to be revoked and have
him taken into custody.  Maybe I'm mistaken, but I think the
statute essentially compels that.
         THE COURT:  But not everybody enforces it.
         MR. NORRIS:  Your Honor, he's been here regularly.
         THE COURT:  I'm not going to hold him.  There is no
marshal here.  There's nobody here to put him in custody, so at
the moment I'm stuck.
         Same conditions of bail.  If there's a problem
about it, we can deal with it in due course.  You can file a
motion down the line if you wish.
         MR. TOBIN:  Could I file an oral motion now, if the
```

```
 1   Court is going to employ this method, if we could have him
 2   report, then, tomorrow in order to turn himself into the
 3   marshals?
 4           THE COURT:  No.  File a written motion and I will
 5   deal with it.
 6           MR. TOBIN:  Could we make inquiry of the marshals?
 7   Do we know there's no --
 8           THE COURT:  I know you're not in this case.
 9           MR PELGRO:  He just walked out to go downstairs to
10   make the arrangements.
11           THE COURT:  Well, I don't know that, and you have
12   nothing to do with this case.
13           The defendant is free to go on the same conditions
14   that had previously been imposed, but I expect you, Mr. Ortiz,
15   to appear if a motion to revoke is filed and I ask you to
16   appear.  Do you understand that?
17           THE DEFENDANT:  Yes, your Honor.
18           THE COURT:  Without fail.
19           THE DEFENDANT:  Without fail, your Honor.
20           THE COURT:  Done.
21           MR. NORRIS:  Your Honor, I'd like to renew my
22   motion notwithstanding the verdict.
23           THE COURT:  That is denied.
24           THE CLERK:  Do you want to set a sentencing date?
25           THE COURT:  We will send a procedural order with
```

```
 1    the sentencing date tomorrow.
 2            MR. NORRIS:  Thank you, your Honor.
 3            THE COURT:  Thank you.
 4                    (End of excerpt)
 5                      *  *  *  *
 6
 7                      CERTIFICATE
 8        I, Catherine A. Handel, Official Court Reporter of
 9    the United States District Court, do hereby certify that
10    the foregoing transcript, from Page 1 to Page 5,
11    constitutes to the best of my skill and ability a true
12    and accurate transcription of my stenotype notes taken
13    in the matter of Criminal No. 04-10068-RWZ, United
14    States of America vs. Diego Ortiz.
15
16
17    _2-9-05_____    _____
      Date                    Catherine A. Handel, CM
18
19
20
21
22
23
24
25
```