UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                    Crim. No. 04-10068 RWZ

DIEGO ORTIZ


**DEFENDANT'S OPPOSITION TO GOVERNMENT'S
MOTION TO RECONSIDER RELEASE ORDER**

Now comes the defendant, Diego Ortiz, by court appointed counsel, and submits this

Opposition to the Government's Motion to Reconsider Release Order, which was filed on

February 9, 2005.  The defendant requests that this Court continue its order of February 3, 2005,

where this Court ordered Mr. Ortiz released on the same terms and conditions as his pretrial

release.

On February 3, 2005, the Mr. Ortiz was found Guilty by a Jury of various cocaine related

crimes.  This Court ordered that he be released on bail for a variety of reasons, including the fact

that there was not a marshal present to take him into custody.[1]  The Court did provide the

government with the opportunity to file a written motion to revoke the bail status, and ordered

the defendant to appear at any such motion hearing.  Transcr. at 4.

As the government notes, 18 U.S.C. § 3143 (a)(1) mandates that a court may release a

defendant pending imposition of a sentence if the "Judicial Officer finds by clear and convincing

evidence that the person is not likely to flee or pose a danger to the safety of any other person or

---

[1]The Government attached a transcript of the post conviction proceedings, which will be
cited herein rather than attaching a separate copy of the transcript.

-1-

the community if released under section 3142(b) or (c)."  The defendant submits that there is such clear and convincing evidence in this case.

The defendant submits that the Court made findings pursuant to the provisions of 18 U.S.C. § 3143(a)(1), even if it did not state those findings on the record.  The Court clearly determined that the defendant was unlikely to flee, where it reminded the defendant of his duty to appear if there was a motion to revoke the provisions of release.  Further, there is ample reason to find that the defendant does not pose either a flight risk or a danger to another person or the community.

Mr. Ortiz has been living in this area for 18 years.  He is a legal resident alien, with a wife and 2 ½ year old daughter living with him.  As he testified at trial, the defendant works two jobs and is the main provider for his family.  His family has always lived in this area, and all of his community connections are here.  He has no connection to other communities or other parts of the world, including his country of birth.  He is a legal resident here, and has worked here since he was 20.  In short, his community ties here are the only ones he has.  To add to this, Mr. Ortiz does not have his passport as a condition of release, and could not leave the country even if he wanted to.

Mr. Ortiz clearly presents no danger to other persons or the community.  He has no prior criminal history, and has not been a violent individual.  He has successfully abided by all terms of pretrial release, and displayed no indications that he could present a danger to other persons or the community.

Finally, at this time the defendant intends to appeal his conviction for these charges, and therefore he has further reason to appear in court, which is to clear his name.

Wherefore, the defendant requests that this Court continue his release on conditions, and find by clear and convincing evidence that he is unlikely to flee and does not pose a danger to others or to the community.

Respectfully submitted,

Date:   February 11, 2005

Melvin Norris, Esq.   (MA BBO# 373900)
260 Boston Post Road
Wayland, MA 01778
(508) 358-3305