UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.  Crim. No. 04-10068 RWZ

DIEGO ORTIZ

**DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that the defendant in the above matter, Diego Ortiz, hereby appeals to the United States Court of Appeals for the First Circuit from the Court's Charge to the Jury, rulings of the Court, his conviction, the jury verdict, and the sentence imposed on May 5, 2005 in the above matter.

Diego Ortiz, pro se

_____
Plymouth House of Corrections
26 Long Pond Road
Plymouth, MA 02360

CERTIFICATE OF SERVICE

I certify that I served a copy of the above Notice of Appeal upon AUSA David Tobin, 1 Courthouse Way, 9th Floor, Boston, MA, 02210 by first class mail, postage prepaid, on this date.

Diego Ortiz

May 5, 2005

-1-