UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cr-10068

United States of America

v.

Diego Ortiz

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/11/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 13, 2005.

Sarah A. Thornton, Clerk of Court

By: _Jeanette Ramos_

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/13/05.

_Barchark_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL, CLOSED, MAG

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10068-RWZ-ALL

Case title: USA v. Sosa et al
Magistrate judge case number: 1:04-mj-01651-CBS

Date Filed: 03/11/2004

Assigned to: Judge Rya W. Zobel

**Defendant**

**Victor Sosa** (1)
*also known as*
Victorino (1)

represented by **Catherine K. Byrne**
Federal Defender's Office
District of Massachusetts
408 Atlantic Ave.
Third Floor
Suite 328
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: catherine_byrne@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Katharine Byrne**
408 Atlantic Avenue
Boston, MA 02210

617-223-8061
*TERMINATED: 03/30/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE, COCAINE<br>(1) | |
| 21:841(a)(1) Possession with Intent to Distribute and distribution of Cocaine; 18:2 Aiding and Abetting<br>(2-3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=CD.F,<br>21:846=CD.F-Unlawfully, knowingly, and intentionally | |

(2)

## Highest Offense Level (Opening)
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

## Highest Offense Level (Terminated)
None

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=CD.F, 21:846=CD.F-Unlawfully, knowingly, and intentionally conspire to distribute, and possess with intent to distribute, five kilograms of cocaine, a Schedule II controlled substance. | |

Assigned to: Judge Rya W. Zobel

## Defendant

**Diego Ortiz** (3)
*TERMINATED: 05/09/2005*

represented by **Melvin Norris**
Mel Norris
260 Boston Post Road
Suite 9
Wayland, MA 01778
508-358-3305
Fax: 508-358-7787



Email: attorney.norris@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

21:846 CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE, COCAINE
(1)

21:841(a)(1) Possession with Intent to Distribute and distribution of Cocaine; 18:2 Aiding and Abetting
(2)

## Disposition

The defendant was sentenced to 121 months BOP; 5 years SR; standard conditions apply; no guns; SC; participate in substance abuse counseling and testing; if deported, leave the US; SA $200.00; no fine; Court recommends the 500 hour Drug Treatment Program;

The defendant was sentenced to 121 months BOP; 5 years SR; standard conditions apply; no guns; SC; participate in substance abuse counseling and testing; if deported, leave the US; SA $200.00; no fine; Court recommends the 500 hour Drug Treatment Program;

## Highest Offense Level (Opening)
Felony

## Terminated Counts
None

## Disposition

## Highest Offense Level (Terminated)

None

| | |
|---|---|
| **Complaints** | **Disposition** |
| 21:841A=CD.F, 21:846=CD.F-Unlawfully, knowingly, and intentionally conspire to distribute, and possess with intent to distribute, five kilograms of cocaine, a Schedule II controlled substance. | The defendant was sentenced to 121 months BOP; 5 years SR; standard conditions apply; no guns; SC; participate in substance abuse counseling and testing; if deported, leave the US; SA $200.00; no fine; Court recommends the 500 hour Drug Treatment Program; |

## Plaintiff

USA                 represented by **David G. Tobin**
United States Attorneys Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3392
Fax: 617-748-3965
Email: David.Tobin@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin McGrath**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way

Suite 9200
Boston, MA 02210
617-748-3237
Fax: 617-748-3965
Email:
kmcgrath@goodwinprocter.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2004 | 1 | COMPLAINT as to Victor Sosa (1), Alex Perez (2), Diego Ortiz (3). (Bell, Marie)[1:04-mj-01651-CBS] (Entered: 02/25/2004) |
| 02/14/2004 | 2 | AFFIDAVIT of Christopher Borum re: Victor Sosa, Alex Perez, Diego Ortiz 1 Complaint (Bell, Marie) [1:04-mj-01651-CBS] (Entered: 02/25/2004) |
| 02/17/2004 | 5 | CJA 23 Financial Affidavit by Victor Sosa (Bell, Marie)[1:04-mj-01651-CBS] (Entered: 02/25/2004) |
| 02/17/2004 |  | Arrest of Victor Sosa, Alex Perez, Diego Ortiz (Roland, Lisa)[1:04-mj-01651-CBS] (Entered: 03/04/2004) |
| 02/17/2004 | 6 | Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Initial Appearance as to Victor Sosa, Alex Perez, Diego Ortiz held on 2/17/2004. (2:58 P.) (Roland, Lisa)[1:04-mj-01651-CBS] (Entered: 03/04/2004) |
| 02/17/2004 | 7 | Judge Charles B. Swartwood : ORDER OF DETENTION as to Victor Sosa, Alex Perez, Diego Ortiz; Detention Hearing set for 2/23/2004 10:00 AM in Courtroom 16 before Magistrate Judge Charles B. Swartwood. (Roland, Lisa)[1:04-mj-01651-CBS] (Entered: 03/04/2004) |

| | | |
|---|---|---|
| 02/17/2004 | 3 | CJA 23 Financial Affidavit by Alex Perez (Bell, Marie)[1:04-mj-01651-CBS] (Entered: 02/25/2004) |
| 02/17/2004 | 4 | CJA 23 Financial Affidavit by Diego Ortiz (Bell, Marie)[1:04-mj-01651-CBS] (Entered: 02/25/2004) |
| 02/17/2004 | 12 | Judge Charles B. Swartwood : ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Victor Sosa; Catherine K. Byrne for Victor Sosa appointed, cc/cl. (Roland, Lisa) (Entered: 03/15/2004) |
| 02/17/2004 | 13 | Judge Charles B. Swartwood : CJA 20 as to Alex Perez : Appointment of Attorney James J. Cipoletta for Alex Perez. (Roland, Lisa) (Entered: 03/17/2004) |
| 02/17/2004 | 14 | Judge Charles B. Swartwood : CJA 20 as to Diego Ortiz : Appointment of Attorney Melvin Norris for Diego Ortiz. (Roland, Lisa) (Entered: 03/17/2004) |
| 02/23/2004 | 8 | Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Detention Hearing as to Victor Sosa, Alex Perez, Diego Ortiz held on 2/23/2004, Preliminary Examination as to Victor Sosa, Alex Perez, Diego Ortiz held on 2/23/2004. (10:24 [1:04A.) (Roland, Lisa)[1:04-mj-01651-CBS] (Entered: 03/04/2004) |
| 02/23/2004 | 10 | Judge Charles B. Swartwood : Memorandum of Probable Cause and ORDER on the Government's motion for DETENTION as to Victor Sosa, Alex Perez, cc/cl. (Roland, Lisa)[1:04-mj-01651-CBS] (Entered: 03/10/2004) |
| 02/23/2004 | 9 | Judge Charles B. Swartwood : ORDER Setting Conditions of Release (Roland, Lisa)[1:04-mj-01651-CBS] (Entered: 03/04/2004) |
| 02/23/2004 | | Unsecured Bond Entered as to Diego Ortiz in amount of $ 25,000.00 (Roland, Lisa)[1:04-mj-01651-CBS] (Entered: 03/04/2004) |
| 03/10/2004 | | Attorney update in case as to Victor Sosa, Alex Perez, |

| | | |
|---|---|---|
| | | Diego Ortiz. Attorney Catherine K. Byrne for Victor Sosa, James J. Cipoletta for Alex Perez, Melvin Norris for Diego Ortiz, Kevin McGrath for USA. (Roland, Lisa)[1:04-mj-01651-CBS] (Entered: 03/10/2004) |
| 03/11/2004 | 11 | INDICTMENT as to Victor Sosa (1) count(s) 1, 2-3, Alex Perez (2) count(s) 1, 2, Diego Ortiz (3) count(s) 1, 2. (Gawlik, Cathy) (Entered: 03/12/2004) |
| 03/12/2004 | | Judge Rya W. Zobel : ORDER entered ORDER REFERRING CASE to Magistrate Judge Charles B. Swartwood Reason for referral: pretrial proceedings as to Victor Sosa, Alex Perez, Diego Ortiz (Gawlik, Cathy) (Entered: 03/12/2004) |
| 03/19/2004 | 15 | NOTICE OF ATTORNEY APPEARANCE David G. Tobin appearing for USA. (Johnson, Jay) (Entered: 03/23/2004) |
| 03/23/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to Diego Ortiz (3) Count 1,2 held on 3/23/2004. Case called, Counsel (Casey, Norris) appear, Arraignment held, Not Guilty Plea entered by Diego Ortiz counts 1 & 2, Scheduling Order issued. (2:04 P.) (Roland, Lisa) (Entered: 03/23/2004) |
| 03/23/2004 | 16 | NOTICE OF HEARING as to Diego Ortiz; Status Conference set for 5/4/2004 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 03/26/2004) |
| 03/23/2004 | 17 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Diego Ortiz; Time excluded from March 23, 2004 until April 6, 2004, cc/cl. (Roland, Lisa) (Entered: 03/26/2004) |
| 03/23/2004 | 18 | Judge Charles B. Swartwood : SCHEDULING ORDER as to Diego Ortiz, cc/cl. (Roland, Lisa) (Entered: 03/26/2004) |
| | | |



| | | |
|---|---|---|
| 03/30/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to Alex Perez (2) Count 1,2 held on 3/30/2004, Case called, Counsel (Casey, Cipoletta) & Dft appear, Arraignment held, Not Guiilty Plea entered by Alex Perez on counts 1 & 2, Scheduling Order issued, Case continued, Time to be excluded, Dft remanded to the custody of the US Marshal. (2:33 P.) (Roland, Lisa) (Entered: 03/30/2004) |
| 03/30/2004 | | Attorney update in case as to Victor Sosa. Attorney Katharine Byrne terminated. (Roland, Lisa) (Entered: 03/30/2004) |
| 03/30/2004 | 19 | NOTICE OF HEARING as to Victor Sosa, Alex Perez, Diego Ortiz ; Status Conference set for 5/4/2004 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 04/05/2004) |
| 03/30/2004 | 20 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Victor Sosa, Alex Perez, Diego Ortiz; Time excluded from March 30, 2004 until April 13, 2004, cc/cl. (Roland, Lisa) (Entered: 04/05/2004) |
| 03/30/2004 | 21 | Judge Charles B. Swartwood : SCHEDULING ORDER as to Victor Sosa, Alex Perez, Diego Ortiz, cc/cl. (Roland, Lisa) (Entered: 04/05/2004) |
| 04/02/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to Victor Sosa (1) Count 1,2-3 held on 4/2/2004, Case called, Counsel (Hodgens, Byrne) appear for Arraignment, Not Guilty Plea entered by Victor Sosa on counts 1-3, Scheduling Order issued, Case continued, Time to be excluded. (3:33 pm.) (Roland, Lisa) (Entered: 04/02/2004) |
| 05/04/2004 | | Electronic Clerk's Notes for proceedings held before |


| | | |
|---|---|---|
| | | Judge Charles B. Swartwood :Status Conference as to Victor Sosa, Alex Perez, Diego Ortiz held on 5/4/2004. Case called, Counsel (McGrath, Tobin, Byrne, Cipoletta, Norris) appear by telephone, Counsel request additional time, Case continued, Time to be excluded. (2:04 p.) (Roland, Lisa) (Entered: 05/05/2004) |
| 05/05/2004 | 22 | Judge Charles B. Swartwood : STATUS REPORT as to Victor Sosa, Alex Perez, Diego Ortiz; Status Conference set for 6/7/2004 09:30 AM IN BOSTON, Courtroom 16 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 05/07/2004) |
| 05/05/2004 | 23 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Victor Sosa, Alex Perez, Diego Ortiz; Time excluded from April 13, 2004 until June 7, 2004, cc/cl. (Roland, Lisa) (Entered: 05/07/2004) |
| 06/07/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Victor Sosa, Alex Perez, Diego Ortiz held on 6/7/2004. Case called, Counsel (Tobin, Byrne, Cipoletta, Norris) appear, Counsel request additional time, Case continued, Time to be excluded. (8:43 am.) (Roland, Lisa) (Entered: 06/07/2004) |
| 06/08/2004 | 24 | Judge Charles B. Swartwood : ORDER entered STATUS REPORT as to Victor Sosa, Alex Perez, Diego Ortiz Status Conference set for 7/19/2004 02:15 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (cc/cl) (Jones, Sherry) (Entered: 06/10/2004) |
| 06/08/2004 | 25 | Judge Charles B. Swartwood : ORDER entered ORDER ON EXCLUDABLE DELAY as to Victor Sosa, Alex Perez, Diego Ortiz Time excluded from 6/7/04 until 7/19/04. (cc/cl) (Jones, Sherry) (Entered: |

| | | |
|---|---|---|
| | | 06/10/2004) |
| 07/19/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood : Case called, counsel appear (Tobin, Byrne, Cipoletta, Norris, all by phone) Cousel request additional time, further status conference set for 9/15/04 at 2:00, time to be excluded.Status Conference as to Victor Sosa, Alex Perez, Diego Ortiz held on 7/19/2004 (Tape #2:26.) (Jones, Sherry) (Entered: 07/19/2004) |
| 07/19/2004 | 26 | Judge Charles B. Swartwood : ORDER entered STATUS REPORT as to Victor Sosa, Alex Perez, Diego Ortiz Status Conference set for 9/15/2004 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (cc/cl) (Jones, Sherry) (Entered: 07/20/2004) |
| 07/19/2004 | 27 | Judge Charles B. Swartwood : ORDER entered ORDER ON EXCLUDABLE DELAY as to Victor Sosa, Alex Perez, Diego Ortiz Time excluded from 7/19/04 until 9/15/04. (Jones, Sherry) (Entered: 07/20/2004) |
| 09/15/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Victor Sosa, Alex Perez, Diego Ortiz held on 9/15/2004. Case called, Counsel (Byrne, Cipoletta, Farrell) appear by telephone, Matter continued. Status Conference set for 9/20/2004 03:30 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (2:30 P.) (Roland, Lisa) (Entered: 09/15/2004) |
| 09/20/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Victor Sosa, Alex Perez, Diego Ortiz held on 9/20/2004. Case called, Counsel (Tobin, Byrne, Cipoletta, Norris) appear by telephone, Counsel request additional time, Case continued, Time to be excluded. (3:49 P.) (Roland, Lisa) (Entered: |

| | | |
|---|---|---|
| | | 09/20/2004) |
| 09/20/2004 | 28 | Judge Charles B. Swartwood : STATUS REPORT as to Victor Sosa, Alex Perez, Diego Ortiz ; Status Conference set for 11/4/2004 02:15 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 09/22/2004) |
| 09/20/2004 | 29 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Victor Sosa, Alex Perez, Diego Ortiz ; Time excluded from September 15, 2004 until November 4, 2004, cc/cl. (Roland, Lisa) (Entered: 09/22/2004) |
| 11/04/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Victor Sosa, Alex Perez, Diego Ortiz held on 11/4/2004. Case called, Counsel (Tobin, Byrne, Norris) appear by telephone, Case to be sent back to District Judge, Final Status Report to issue. (3:30 P.) (Roland, Lisa) (Entered: 11/04/2004) |
| 11/05/2004 | 30 | Judge Charles B. Swartwood : FINAL STATUS REPORT as to Victor Sosa, Alex Perez, Diego Ortiz, cc/cl. (Roland, Lisa) (Entered: 11/05/2004) |
| 11/05/2004 | | Case as to Victor Sosa, Alex Perez, Diego Ortiz no longer referred to Charles B. Swartwood. (Roland, Lisa) (Entered: 11/05/2004) |
| 11/15/2004 | | NOTICE OF HEARING as to Victor Sosa, Alex Perez, Diego Ortiz Pretrial Conference set for 12/2/2004 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 11/15/2004) |
| 12/02/2004 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Pretrial Conference as to Victor Sosa, Alex Perez, Diego Ortiz held on 12/2/2004 Change of Plea Hearing set for 1/13/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel for Sosa & Perez; Jury Trial set for 1/31/2005 09:00 AM in |


| | | |
|---|---|---|
| | | Courtroom 12 before Judge Rya W. Zobel for Ortiz; (Urso, Lisa) (Entered: 12/02/2004) |
| 01/11/2005 | 31 | MOTION to Continue the Rule 11 hearing as to Alex Perez until on or after 1/25/05.. (Urso, Lisa) (Entered: 01/12/2005) |
| 01/12/2005 | | Judge Rya W. Zobel : electronicORDER entered granting 31 Motion to Continue as to Alex Perez (2). Change of plea rescheduled to 2/2/05 at 2:00 p.m. Jury trial set for 4/18/05 at 9:00 a.m. (Urso, Lisa) (Entered: 01/12/2005) |
| 01/12/2005 | 32 | MOTION to Continue *Rule 11 Hearing* as to Victor Sosa. (Byrne, Catherine) (Entered: 01/12/2005) |
| 01/13/2005 | 33 | Proposed Voir Dire by Diego Ortiz (Norris, Melvin) (Entered: 01/13/2005) |
| 01/13/2005 | 34 | EXHIBIT/WITNESS LIST by USA as to Diego Ortiz (Tobin, David) (Entered: 01/13/2005) |
| 01/13/2005 | 35 | Letter (non-motion) regarding Discovery Pursuant to Local Rule 116.2(B)(2)(a through g) as to Diego Ortiz (Tobin, David) (Entered: 01/13/2005) |
| 01/27/2005 | 36 | MOTION to Sequester *Witnesses* as to Diego Ortiz. (Norris, Melvin) (Entered: 01/27/2005) |
| 01/31/2005 | 37 | EXHIBIT/WITNESS LIST by USA as to Diego Ortiz (Tobin, David) (Entered: 01/31/2005) |
| 01/31/2005 | 38 | MOTION for ex-parte relief as to Diego Ortiz by USA. (Johnson, Jay) Modified on 2/2/2005 (Johnson, Jay). (Entered: 02/01/2005) |
| 02/01/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Voir Dire begun on 2/1/2005 Diego Ortiz (3) on Count 1,2 (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 02/02/2005) |
| 02/01/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Jury Selection held on 2/1/2005, |



| | | |
|---|---|---|
| | | Jury Trial Day One held on 2/1/2005; 12 jurors and 1 alternate selected & sworn; Goverment's opening; defendant's opening; Goverment witness #1 Christopher Borum; cross; redirect; recross; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 02/02/2005) |
| 02/02/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Status Conference as to Victor Sosa, Alex Perez held on 2/2/2005 Change of Plea Hearing reset for 2/17/2005 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 02/02/2005) |
| 02/02/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Jury Trial Day two as to Diego Ortiz held on 2/2/2005; witness #2 Jaime Collazo; redirect; recross; witness #3 David Thornell; cross; redirect; recross; witness #4 Damian Farley; cross; re-direct; witness #5 Paul Holey; cross; witness #6 Joseph Gallarelli; cross; redirect; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 02/02/2005) |
| 02/02/2005 | 39 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Alex Perez (Tobin, David) (Entered: 02/02/2005) |
| 02/02/2005 | 40 | Proposed Jury Instructions by Diego Ortiz (Norris, Melvin) (Entered: 02/02/2005) |
| 02/03/2005 | | E-Mail Notice re all entrys of 2/2/25 originally issued on 2/3/05 returned as undeliverable. Name of Addressee: kevin.mcgrath@USDOJ.gov as to Victor Sosa, Alex Perez, Diego Ortiz. (Mr McGrath is no longer w/the US Attorneys Office) (Johnson, Jay) (Entered: 02/03/2005) |
| 02/03/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Jury Trial Day three as to Diego Ortiz held on 2/3/2005; Goverment witness #7 Edward |



| | | |
|---|---|---|
| | | Mastrocola; cross; goverment witness #8 James {icardi; cross; redirect; goverment rests; Judge reserves on defendant's motion; defendant's witness #1 Diego Ortiz; cross; redirect; defendant rests; Goverment rebuttal witness Alexander Perez; cross; Goverment closing; defendant's closing; Jury charged 3:00p.m. Verdict of guilty on both counts 1 & 2 at 5:05; defendant released on same conditions; Goverment to file motion re; detention; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 02/03/2005) |
| 02/03/2005 | 41 | EXHIBIT LIST as to Diego Ortiz (Urso, Lisa) (Entered: 02/03/2005) |
| 02/03/2005 | 42 | JURY VERDICT as to Diego Ortiz (3) Guilty on Count 1,2. (Urso, Lisa) (Entered: 02/03/2005) |
| 02/03/2005 | | All exhibits returned to the Goverment as to Diego Ortiz this date. (Urso, Lisa) (Entered: 02/03/2005) |
| 02/04/2005 | 43 | Judge Rya W. Zobel : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Diego Ortiz Sentencing set for 5/5/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 02/04/2005) |
| 02/08/2005 | 44 | TRANSCRIPT of Jury Trial Day Three (Government's Closing Argument) as to Diego Ortiz held on February 3, 2005 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/08/2005) |
| 02/08/2005 | 45 | TRANSCRIPT of Jury Trial Day Three (Testimony of Alex Perez) as to Diego Ortiz held on February 3, 2005 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in |

| | | |
|---|---|---|
| | | the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/08/2005) |
| 02/09/2005 | 46 | EXCERPT TRANSCRIPT of Jury Trial Day Three as to Diego Ortiz held on February 3, 2005 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/09/2005) |
| 02/09/2005 | 47 | MOTION for Reconsideration *of Release Order* as to Diego Ortizby USA. (Tobin, David) (Entered: 02/09/2005) |
| 02/09/2005 | 48 | MOTION *to Accept Transcript* as to Diego Ortizby USA. (Attachments: # 1 Transcript)(Tobin, David) Modified on 2/10/2005 (Johnson, Jay). (Entered: 02/09/2005) |
| 02/10/2005 | | Notice of correction to docket made by Court staff. Correction: #48 Motion to Amend corrected because: Wrong Event as to , Diego Ortiz (The pleading is not amending anything the filer should use miscellaneous relief when the document does not match any of the events)The clerk will make the corrections (Johnson, Jay) Modified on 2/11/2005 (Johnson, Jay). (Entered: 02/10/2005) |
| 02/11/2005 | 49 | Opposition by Diego Ortiz re 47 MOTION for Reconsideration *of Release Order* (Norris, Melvin) (Entered: 02/11/2005) |
| 02/16/2005 | | NOTICE OF HEARING ON MOTION as to Diego Ortiz Motion Hearing set for 2/24/2005 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 02/16/2005) |

| | | |
|---|---|---|
| 02/17/2005 | | electronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Change of Plea Hearing as to Victor Sosa, Alex Perez held on 2/17/2005, Plea entered by Victor Sosa (1) Guilty Count 1,2-3 and Alex Perez (2) Guilty Count 1,2. Sentencing set for 5/19/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 02/18/2005) |
| 02/18/2005 | 50 | Judge Rya W. Zobel : OrderORDER entered. PROCEDURAL ORDER re sentencing hearing as to Victor Sosa Sentencing set for 5/19/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 02/18/2005) |
| 02/18/2005 | 51 | Judge Rya W. Zobel : OrderORDER entered. PROCEDURAL ORDER re sentencing hearing as to Alex Perez Sentencing set for 5/19/2005 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 02/18/2005) |
| 02/24/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Motion Hearing as to Diego Ortiz held on 2/24/2005 re 47 MOTION for Reconsideration *of Release Order* filed by USA. Defendant is remanded to the US Marshals (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 02/24/2005) |
| 02/24/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 47 Motion for Reconsideration as to Diego Ortiz (3). Defendant is remanded to the US Marshals (Urso, Lisa) (Entered: 02/24/2005) |
| 02/28/2005 | 52 | TRANSCRIPT of Rule 11 Hearing as to Victor Sosa, Alex Perez held on February 17, 2005 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the |

| | | |
|---|---|---|
| | | Clerk's Office. (Scalfani, Deborah) (Entered: 02/28/2005) |
| 05/02/2005 | 53 | SENTENCING MEMORANDUM by Diego Ortiz (Norris, Melvin) (Entered: 05/02/2005) |
| 05/04/2005 | 54 | SENTENCING MEMORANDUM by USA as to Diego Ortiz (Tobin, David) (Entered: 05/04/2005) |
| 05/05/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Sentencing held on 5/5/2005 for Diego Ortiz (3), 1, 2, The defendant was sentenced to 121 months BOP; 5 years SR; standard conditions apply; no guns; SC; participate in substance abuse counseling and testing; if deported, leave the US; SA $200.00; no fine; Court recommends the 500 hour Drug Treatment Program;. (Court Reporter Shelly Killian.) (Urso, Lisa) (Entered: 05/05/2005) |
| 05/09/2005 | 55 | Judge Rya W. Zobel : OrderORDER entered. JUDGMENT as to Diego Ortiz (3), The defendant was sentenced to 121 months BOP; 5 years SR; standard conditions apply; no guns; SC; participate in substance abuse counseling and testing; if deported, leave the US; SA $200.00; no fine; Court recommends the 500 hour Drug Treatment Program;; Count(s) 1, 2, The defendant was sentenced to 121 months BOP; 5 years SR; standard conditions apply; no guns; SC; participate in substance abuse counseling and testing; if deported, leave the US; SA $200.00; no fine; Court recommends the 500 hour Drug Treatment Program; (Urso, Lisa) (Entered: 05/11/2005) |
| 05/09/2005 | 56 | Judge Rya W. Zobel : OrderORDER entered. STATEMENT OF REASONS as to Diego Ortiz (Urso, Lisa) (Entered: 05/11/2005) |
| 05/11/2005 | 57 | NOTICE OF APPEAL by Diego Ortiz re 55 Judgment,, NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from |



|  |  | the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/31/2005. (Urso, Lisa) (Entered: 05/11/2005) |