# United States Court of Appeals
## For the First Circuit

No. 05-1718

UNITED STATES OF AMERICA,

Appellee,

v.

DIEGO ORTIZ,

Defendant, Appellant.

**JUDGMENT**

Entered: May 3, 2006



This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction and sentence of Diego Ortiz are affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: MAY 2 4 2006

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Tobin, Ms. Chaitowitz, Ms. Young, & Ms. Kempthorne.]