06 CA 11738 RWZ PRO SE



MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District United states District Court |
|---|---|
| Name (under which you were convicted): Diego A Ortiz | Docket or Case No.: 05-1718 |
| Place of Confinement: Plymouth County Correctional Facility | Prisoner No.: #37148 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. | Diego A Ortiz |

MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: John J MoAKley US Courthouse Boston MASS

(b) Criminal docket or case number (if you know): 05-1718

2. (a) Date of the judgment of conviction (if you know): 5-5-05

(b) Date of sentencing: 5/5/05

3. Length of sentence: 121 months

4. Nature of crime (all counts): Count 1: Conspiracy to distribute or Possess with intent to distribute Cocaine
Count 2: Possession with intent to distribute and Distribution of Cocaine.

5. (a) What was your plea? (Check one)

(1) Not guilty ☑ (2) Guilty ☐ (3) Nolo contendere (no contest) ☐

(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☑ Judge only ☐

FILED IN CLERK'S OFFICE US COURT OF APPEALS FOR THE FIRST CIRCUIT 2006 SEP 26

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ❑ No ☑
8. Did you appeal from the judgment of conviction? Yes ❑ No ☑
9. If you did appeal, answer the following:
   (a) Name of court: ______
   (b) Docket or case number (if you know): ______
   (c) Result: ______
   (d) Date of result (if you know): ______
   (e) Citation to the case (if you know): ______
   (f) Grounds raised: ______

   (g) Did you file a petition for certiorari in the United States Supreme Court? Yes ❑ No ☑
   If "Yes," answer the following:
   (1) Docket or case number (if you know): ______
   (2) Result: ______
   (3) Date of result (if you know): ______
   (4) Citation to the case (if you know): ______
   (5) Grounds raised: ______

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ❑ No ☑
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: ______
    (2) Docket or case number (if you know): ______
    (3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☑

(7) Result: ______

(8) Date of result (if you know): ______

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☑

(7) Result: ______

(8) Date of result (if you know): ______

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☐ No ☑

(2) Second petition: Yes ☐ No ☑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: ______

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): (Melvin Norriss Counsil) never told me of minimul Participation as well as never explaining a plea w/ the US Attorney, as well as Bringing up my race wich I Believe prejudice the Jury in there decision, I also believe the Jury came to their decision because of lack of representation by my lawyer, the Jury only got one side the US Attorneys side who never even spoke to me to ask what happened. He took the word of the man Sosa who facilitated the whole deal with undercover Agents, agents I might add that during testimony said they never saw me before the Arrest as well as Alex Perez who said he never new me or spoke to me before.

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: ______

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____________________

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ____________________

GROUND TWO: Sentenceing Guidelines

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Judge RYA Zobel stated that I did not deserve to fall under Mandatory sentencing do to my so called participation in these charges the US Attorney turned Around and gave Victor Sosa the Facilitator of those charges 7yrs no Manditory when in Sosa's & Perez statements to Judge Zobel they plead Guilty to All charges but were never Asked or said what my involvement was because I was not involved in any Conspiracy I Know that Justice is supposed to be blind But I didnt think that she was ignorant to the truth as well. when it pertains to A man's life & family's life. Just to get the convictions upto Further careers on the BACKS of innocent men.

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

GROUND THREE: motion for Minimal Participation

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): I specifically Asked mr Norriss to File A motion for this And he never did. my participation in this is non exsistant besides being ignorant to the fact that mr Sosa was using me for A taxi to Facilitate this deal without my Knowledge. there is no evidence to support Any conspiracy or involvement in A deal that was being taped And surveiled for Almost 1month.

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: ______

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______________________

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: ______________________

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes ❑ No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ______________________

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: ______________________

(b) At arraignment and plea: SAME

(c) At trial: MR Melvin Norris & Esq. Richard Farrell Esq. 2160 Boston Post Road Suite 9 Wayland MASS 01778

(d) At sentencing: SAME

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ________________

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: ________________

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes ☐ No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ________________

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: ________________

(b) At arraignment and plea: SAME

(c) At trial: MR Melvin Norris Esq. Richard Farrell Esq. 260 Boston Post Road Suite 9 Wayland MASS 01778

(d) At sentencing: SAME

(e) On appeal: ______________________________________________

(f) In any post-conviction proceeding: ______________________________

(g) On appeal from any ruling against you in a post-conviction proceeding: ________

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ❑ No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ❑ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ______________________________________________

(b) Give the date the other sentence was imposed: ______________________

(c) Give the length of the other sentence: ______________________

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ❑ No ☑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

The reason I'm filing this 2nd appeal now is for the sole reason that the lawyer failed to advise or give me the issues of filing in a timely matter.

Please accept this second appeal due to fact of wrongly time of filing of 2nd appeal.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: ______________________________

______________________________________________________________________

______________________________________________________________________

or any other relief to which movant may be entitled.

______________________________

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __________ __________ (month, date, year).

Executed (signed) on ______________________ (date).

______________________________

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. ______________________________________________________

______________________________________________________________________

______________________________________________________________________

IN FORMA PAUPERIS DECLARATION

______________________________

[Insert appropriate court]

* * * * *

Sept 14, 2006

Dear Honorable Rya Zobel,

The Defendant Diego A. Ortiz, was affected by prejudical error, due to the fact the government never checked the finger prints on the package in question. Thus leaving doubt the defendant Diego A. Ortiz did in fact come into contact of the said package. Proving the Defendant's statement to the fact that he had no knowledge of package or where abouts of said package.

That being said Diego A. Ortiz states that co defendant took responsibility for package in question by their guilty plea.

Therefore defendant Diego A. Ortiz should be released of all charges brought forward upon him.

2006 SEP 25 P 2:43
CLERKS OFFICE
U.S. DISTRICT COURT

Respectfully Yours

Diego A. Ortiz

THOMAS J. HANNON
MY COMM. EXPIRES MAY 1, 2009
COMMONWEALTH OF MASSACHUSETTS
NOTARY PUBLIC

On this 19 day of September 2006, before me, the undersigned notary public, personally appeared Diego A. Ortiz proved to me through satisfactory evidence of identification, to be the person whose name is signed on the proceeding or attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

Diego Ortiz

Thomas J. Hannon

Thomas J. Hannon, Notary Public
My commission Expires: May 1 2009