Diego A. Ortiz
Fed. Reg. No. 25095-038
Federal Correctional Institution
1900 Simler Avenue
Big Spring, Texas 79720

FILED
IN CLERKS OFFICE

2007 APR 25  A 11: 26

Clerk of the Court
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: Petition for an update docket sheet in: DIEGO A. ORTIZ v.
    UNITED STATES, 1:04-CR-10068-RWZ-3

Dear Clerk of Court,

   This communication is to respectfully request a copy of the Master Docket Sheet in the above reference criminal case number up to date.

   I thank you in advance for the time out of your busy schedule to provide me with this copy. I would greatly appreciate a promptly response in this very important matter. Once again, thank you.

Dated this ___20___ day of April, 2007

                                        Respectfully,

                                        [signature: Diego Ortiz]
                                        Diego A. Ortiz
                                        Pro Se Petitioner