United States Ditric court
For The
_____ Distric of _____

United States OF America.           ) Civil Action No. 04-10068-RWZ.
                                    )
          vs.                       )
                                    )
                                    )
Diego A Ortiz.                      )
Defendan/Petitioner.                )
                                    )

Clerk.

     My name is Diego a. ortiz Fed reg.# 25095-038 I am asking If could send me a copy of an evidence that was introduced into my trial as Exhibit 14. I need to hear that recording so I clear and make  sure the charges brouhgt agaist are clear for the government And the citizens of the United States.I believe the court can make a determination If I can prove to the government that the person who place that phone call wasnt me.I would like to ask for a rehearing under the  rule 44.

I appreciate If you can help me with this most important matter.

                                  __DIEGO_A._ORTIZ_____
                                  Sincerely